UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA

              Plaintiff,

-vs-                                                    Case No. CR-3-04-105

MARK JONES,

              Defendant.

### ORDER FINDING DEFENDANT IN VIOLATION OF PROBATION AND IMPOSING SENTENCE

     Pursuant to the record set forth in open Court on February 16, 2007, the Defendant appeared with counsel for a final revocation hearing. The Defendant previously admitted to violating the conditions of his probation supervision, and the Court previously found the defendant had violated the conditions of his probation supervision which began March 18, 2005. The Court then proceeded to sentencing and ORDERED that:

     The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of six (6) months, to be followed by a period of three (3) years supervised release.

     The Court recommends to the Bureau of Prisons that the defendant be accorded all allowable presentence credit for time spent incarcerated.

     The defendants rights were explained and understood. The defendant is remanded to the custody of the United States Marshal.

     IT IS SO ORDERED.

Date: __2/16/2007__                              __s/ Thomas M. Rose__
                                                      Thomas M. Rose, Judge
                                                      United States District Court

*[handwritten: Executed 4-4-07 / Arrived FCI Ashland Ky. / signature, L/E]*

*[date stamp: 07 FEB 22 PM 4: 14]*