**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION AT DAYTON**

**UNITED STATES OF AMERICA**

                              Plaintiff,

-vs-                                                       Case No. CR-3-04-105

**MARK JONES,**

                              Defendant.

**JUDGEMENT ENTRY FINDING DEFENDANT IN VIOLATION OF SUPERVISED RELEASE AND IMPOSING SENTENCE**

      Pursuant to the record set forth in open Court on February 8, 2008, the Defendant appeared with counsel and admitted to violating the conditions of his supervised release which began on July 13, 2007. The Court found the defendant had violated the conditions of his supervised release as alleged, and read into the record, by the U.S. Probation Department . The Court proceeded immediately to sentencing and ORDERED that:

      The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of twenty (20) months.

      The sentence is not to be followed by any period of supervised release.

      The Court recommends to the Bureau of Prisons that the defendant be accorded all allowable presentence credit for time spent incarcerated.

      The Defendant was explained his right of appeal and indicated an understanding of same.

      The Defendant is remanded to the custody of the U.S. Marshal.

      IT IS SO ORDERED.

Date: 2-8-08

THOMAS M. ROSE, JUDGE
UNITED STATES DISTRICT COURT