# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

    vs.                    : CRIMINAL NO: 3:04-CR-105
                            : JUDGE ROSE

**MARK JONES,**

       **Defendant.**

## SATISFACTION OF CRIMINAL JUDGMENT

The judgment in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record regarding monetary penalties.

                                          Respectfully submitted,

                                          CARTER M. STEWART
                                          United States Attorney

                                          s/Deborah F. Sanders
                                          DEBORAH F. SANDERS (0043575)
                                          Assistant United States Attorney
                                          Southern District of Ohio
                                          303 Marconi Boulevard, Suite 200
                                          Columbus, Ohio 43215-2401
                                          (614) 469-5715

U:\DSanders\Mark.Jones.SAT.wpd

## CERTIFICATE OF SERVICE

A true copy of the above and foregoing Satisfaction of Judgment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to Defendant, Mark Jones, 745 Uhrig Avenue, Dayton, OH 45406 by first class mail, postage prepaid, this 26th day of May, 2010.

                                        s/Deborah F. Sanders
                                        DEBORAH F. SANDERS (0043575)
                                        Assistant United States Attorney

U:\DSanders\Mark.Jones.SAT.wpd